# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re | |
|---|---|
| TRUMP HOTELS & CASINO RESORTS HOLDINGS, L.P. | Case No.: 04-46915 |
| | Chapter 11 |
| Debtor. | |

# SUMMARY OF AMENDED SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHERS |
| A. Real Property | Yes | | 0 | | |
| B. Personal Property | Yes | | $12,453,731 | | |
| C. Property Claimed as Exempt | Yes | | | | |
| D. Creditors Holding Secured Claims | Yes | | | 0 | |
| E. Creditors Holding Unsecured Priority Claims | Yes | | | 0 | |
| F. Creditors Holding Unsecured Nonpriority Claims | Yes | | | $243 | |
| G. Executory Contracts and Unexpired Leases | Yes | | | | |
| H. Codebtors | Yes | | | | |
| I. Current Income of Individual Debtor(s) | No | | | | 0 |
| J. Current Expenditures of Individual Debtor(s) | No | | | | 0 |
| Total Number of Sheets in ALL Schedules: | | | | | |
| | | Total Assets | $12,453,731 | | |
| | | Total Liabilities | | $243 | |

LA\1413394.1

LA\1413290.1

    I, Francis X. McCarthy, Executive Vice President of Corporate Finance and Chief Financial Officer of the Debtor, declare under penalty of perjury, that I have reviewed the Amended Schedules and that they, subject to the Global Notes filed with the original Schedules on November 21, 2004, are true and correct to my information and belief.

    Executed this 30th day of March, 2005, at Atlantic City, New Jersey.

                                            /s/ Francis X. McCarthy, Jr.
                                            Francis X. McCarthy, Jr.
                                            Executive Vice President of Corporate Finance and
                                            Chief Financial Officer

| In re                                         | Case No.: 04-46915 |
|-----------------------------------------------|--------------------|
| **TRUMP HOTELS & CASINO RESORTS HOLDINGS, LP.,** | Chapter 11         |
| Debtor.                                       |                    |

# SCHEDULE A — REAL PROPERTY

**LEGEND**
(1) Description and Location of Property
(2) Nature of Debtor's Interest in Property
(3) Current Market Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption
(4) Amount of Secured Claim

---

No Amendments

LA\1413394.1

| In re | Case No.: 04-46915 |
|---|---|
| TRUMP HOTELS & CASINO RESORTS HOLDINGS, LP., | Chapter 11 |
| Debtor. | |

# SCHEDULE B — PERSONAL PROPERTY

<u>LEGEND</u>  (1)  Description and Location of Property
(2)  Current Market Value of Debtor's Interest in Property, Without deducting Any Secured Claim or Exemption

| | | |
|---|---|---|
| 1. | Cash on Hand. | No Amendments |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | No Amendments |
| 3. | Security deposits with public utilities, telephone companies, landlords and others. | No Amendments |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | No Amendments |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | No Amendments |
| 6. | Wearing apparel. | No Amendments |
| 7. | Furs and jewelry. | No Amendments |
| 8. | Firearms and sports, photographic, and other hobby equipment. | No Amendments |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | No Amendments |
| 10. | Annuities. Itemize and name each issuer. | No Amendments |
| 11. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | No Amendments |
| 12 | Stock and interests in incorporated and unincorporated businesses. Itemize. | No Amendments |
| 13. | Interests in partnerships or joint ventures. Itemize. | No Amendments |
| 14. | Government and corporate bonds and other negotiable and nonnegotiable instruments. | No Amendments |

LA\1413394.1

| In re | Case No.: 04-46915 |
|---|---|
| TRUMP HOTELS & CASINO RESORTS HOLDINGS, LP., | Chapter 11 |
| Debtor. | |

## SCHEDULE B  (Continued)

| | | | |
|---|---|---|---|
| 15. | Intercompany Receivables: | | $11,563,291 |
| | Trump Taj Mahal Associates | $3,741,274.00 | |
| | Trump Atlantic City Associates | 7,323,992.00 | |
| | Trump Casino Holdings, LLC | 82,062.39 | |
| | Accounts Receivable: | | |
| | Trump 29 Casino | 404,235.69 | |
| | NYSE (delist stock refund) | 11,667.00 | |
| | Vendor credit balance | 60.65 | |
| 16. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | | No Amendments |
| 17. | Other liquidated debts owing debtor, including tax refunds.  Give particulars. | | No Amendments |
| 18. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | | No Amendments |
| 19. | Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | No Amendments |
| 20. | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | No Amendments |
| 21. | Patents, copyrights, and other intellectual property.  Give particulars. | | No Amendments |
| 22. | Licenses, franchises, and other general intangibles.  Give particulars. | | No Amendments |
| 23. | Automobiles, trucks, trailers, and other vehicles. | | No Amendments |
| 24. | Boats, motor and accessories. | | No Amendments |
| 25. | Aircraft and accessories. | | No Amendments |
| 26. | Office equipment, furnishings, and supplies. | | No Amendments |
| 27. | Machinery, fixtures, equipment and supplies used in business. | | No Amendments |

LA\1413394.1

| In re | Case No.: 04-46915 |
|---|---|
| TRUMP HOTELS & CASINO RESORTS HOLDINGS, LP., | Chapter 11 |
| Debtor. | |

## SCHEDULE B  (Continued)

| | | |
|---|---|---|
| 28. | Inventory. | No Amendments |
| 29. | Animals. | No Amendments |
| 30. | Crops - growing or harvested.  Give particulars. | No Amendments |
| 31. | Farming equipment and implements. | No Amendments |
| 32. | Farm supplies, chemicals, and feed. | No Amendments |
| 33 | Other personal property of any kind not already listed.  Itemize. | No Amendments |

LA\1413394.1

| In re | Case No.: 04-46915 |
|---|---|
| TRUMP HOTELS & CASINO RESORTS HOLDINGS, LP., | Chapter 11 |
| Debtor. | |

# SCHEDULE C — PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(check one box)

☐ 11 U.S.C. § 522(b)(1)   Exemptions provided in 11 U.S.C. § 522(d).  **Note: These exemptions are available only in certain states.**

☐ 11 U.S.C. § 522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceeding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

**LEGEND**
- (1) Description of Property
- (2) Specific Law Providing Each Exemption
- (3) Value of Claimed Exemption
- (4) Current Market Value of Property Without Deducting Exemption.

No Amendments

LA\1413394.1

| In re | Case No.: 04-46915 |
|---|---|
| TRUMP HOTELS & CASINO RESORTS HOLDINGS, LP., | Chapter 11 |
| Debtor. | |

# SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

**LEGEND**
(1) Creditor's Name and Mailing Address Including Zip Code
(2) Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien
(3) Amount of Claim without Deducting Value of Collateral
(4) Insecured Portion, if any

---

No Amendments

LA\1413394.1

| In re | Case No.: 04-46915 |
|---|---|
| TRUMP HOTELS & CASINO RESORTS HOLDINGS, LP., | Chapter 11 |
| Debtor. | |

## SCHEDULE E — CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS (check the appropriate box(es) below is claims in that category are listed on the attached sheets)**

☐   **Extensions of Credit in an Involuntary Case.**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(2).

☐   **Wages, Salaries and Commissions.**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4,300 per employee, earned within 90 days immediately preceeding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐   **Contributions to Employee Benefit Plans.**
Money owed to employee benefit plans for services rendered within 180 daus immediately preceeding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Certain Farmers and Fishermen.**
Claims of certain farmers and fishermen, up to a maximum of $4,300 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐   **Deposits by Individuals.**
Claims of individuals up to a maximum of $1,950 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐   **Alimony, Maintenance, or Support.**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(8).

☐   **Taxes and Certain Debts Owed to Governmental Units.**
Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution.**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

LA\1413394.1

| In re | Case No.: 04-46915 |
|---|---|
| **TRUMP HOTELS & CASINO RESORTS HOLDINGS, LP.,** | Chapter 11 |
| Debtor. | |

## SCHEDULE E — CREDITORS HOLDING UNSECURED PRIORITY CLAIMS (Continued)

(1) Creditor's Name and Mailing Address Including Zip Code
(2) Date Claim was Incurred and Consideration for Claim.
(3) Total Amount of Claim
(4) Amount Entitled to Priority

---

No Amendments

LA\1413394.1

| In re                                    | Case No.: 04-46915 |
|------------------------------------------|--------------------|
| TRUMP HOTELS & CASINO RESORTS HOLDINGS, LP., | Chapter 11         |
| Debtor.                                  |                    |

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

**LEGEND**
(1) Creditor's Name and Mailing Address Including Zip Code.
(2) Date Claim was Incurred and Consideration for Claim; If Claim is Subject to Setoff, so State
(3) Amount of Claim

This information supersedes the Schedule F filed with this Court on November 21, 2004.

| Creditor Name and Address | Type of Claim | Contingent, Unliquidated or Disputed | Amount of Claim |
|---|---|---|---|
| Trump Plaza Associates<br>Mississippi Ave.<br>& The Board Walk<br>Atlantic City, NJ  08401 | Intercompany | No | $243.00 |

LA\1413394.1

| In re | Case No.: 04-46915 |
|---|---|
| TRUMP HOTELS & CASINO RESORTS HOLDINGS, LP., | Chapter 11 |
| Debtor. | |

# SCHEDULE G — EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

**LEGEND**  (1) Name and Mailing Address Including Zip Code of Other Parties to Lease or Contract
(2) Description of Contract or Lease and Nature of Debtor's Interests. State Whether Lease is for Nonresidential Real Property, State Contract Number or any Government Contract

---

No Amendments

LA\1413394.1

| In re | Case No.: 04-46915 |
|---|---|
| TRUMP HOTELS & CASINO RESORTS HOLDINGS, LP., | Chapter 11 |
| Debtor. | |

# SCHEDULE H — CODEBTORS

☐     Check this box if debtor has no codebtors.

**LEGEND**    (1)   Name and Address of Codebtor.
               (2)   Name and Address of Creditor.

---

No Amendments

LA\1413394.1